# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUST DIVISION

IN RE:

ANTHONY BERNARD BRITT                         CASE NO: 22-10553-SDB
                                              CHAPTER: 13

    Debtor.
_____/

## OBJECTION TO CHAPTER 13 PLAN

**BANK OF AMERICA, N.A.,** ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE #6] and states as follows:

1) Creditor holds a lien on the following property: 4021 Pullman Cir Augusta, GA 30909 (the "Subject Property") (Loan No. 6693)

2) Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of $141,450.50, a secured arrearage in the amount of $1,067.88, and an ongoing post-petition payment of $1,013.67.

3) The Debtors' Chapter 13 Plan fails to provide for Creditor's secure claim.

4) Creditor objects to the proposed Plan treatment, and requires some sort of treatment through the plan, or language providing that the Subject Loan will be treated direct and outside.

5) Creditor reserves the right to amend this Objection.

WHEREFORE, **BANK OF AMERICA, N.A.** respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

                                                          /s/*Brian K. Widener*
                                                          Brian K. Widener
                                                          The Albertelli Firm, PC
                                                          100 Galleria Parkway Ste 960
                                                          Atlanta GA 30339
                                                          GA Bar Number 757327
                                                          Alternate: bwidener@albertellilaw.com

ALAW FILE NO. 22-008338

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August, 2022, I served a copy of the foregoing upon:

**SERVICE LIST**

Anthony Bernard Britt
4021 Pullman Circle
Augusta, GA 30909

Dempsey Clay Ward
Ward & Spires
P O Box 1493
Augusta, GA 30903

Huon Le
P.O. Box 2127
Augusta, GA 30903

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

/s/*Brian K. Widener*
Brian K. Widener
The Albertelli Firm, PC
100 Galleria Parkway Ste 960
Atlanta GA 30339
GA Bar Number 757327
Alternate: bwidener@albertellilaw.com

ALAW FILE NO. 22-008338